IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. ROMERO,

    Petitioner,               No. CIV S-04-0459 MCE CMK P

    vs.

D. RUNNELS, Warden,

    Respondent.            <u>ORDER</u>

_____/

        On May 12, 2005, petitioner submitted a "traverse." That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's May 12, 2005
2  "traverse" will be placed in the court file and disregarded.  Petitioner is cautioned that failure to
3  properly serve any documents subsequently filed in this action, and failure to include a proper
4  certificate of service with such filing, will result in a recommendation that this action be
5  dismissed.
6  DATED:  May 23, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/kf

rome0459.135

2