IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. ROMERO,

       Petitioner,               No. CIV S-04-0459 MCE CMK P

   vs.

D. RUNNELS, Warden,

       Respondent.       <u>ORDER</u>

_____/

On June 13, 2005 petitioner filed an application to hold his federal habeas petition in abeyance pending the exhaustion of any potential state court claims. On July 1, 2005, respondents filed an opposition to petitioner request. Petitioner is hereby granted twenty days from the date of this order to file a response, if any, to respondents' opposition.

DATED: July 7, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE