IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ROMERO, | No. CIV S-04-0459-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D. RUNNELS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 29, 2006, the court granted petitioner's motion for a stay and abeyance order to allow petitioner to return to state court to exhaust unexhausted claims. Within 30 days of the date of this order, respondent shall file report on the status of state court proceedings.

IT IS SO ORDERED.

DATED: March 11, 2008

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```

1