IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ROMERO, | No. CIV S-04-0459-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D. RUNNELS, | |
| Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In a motion filed on August 25, 2008, petitioner indicates that he is currently housed at High Desert State Prison ("HDSP"). The most recent notice of change of address, however, reflects that petitioner is housed at Solano State Prison. If petitioner wishes documents to be served on him at HDSP, he must file a new notice of change of address. In the meantime, documents will be served on petitioner at Solano State Prison.

/ / /

/ / /

/ / /

/ / /

1       IT IS SO ORDERED.

3 DATED: August 27, 2008

                                                                        _____
                                                                       **CRAIG M. KELLISON**
                                                                       UNITED STATES MAGISTRATE JUDGE