IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. ROMERO,             No. CIV S-04-0459-MCE-CMK-P

       Petitioner,

   vs.                                   <u>ORDER</u>

D. RUNNELS,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       On September 29, 2006, the court granted petitioner's motion for a stay and abeyance order to allow petitioner to return to state court to exhaust claim regarding DNA evidence. On March 26, 2008, respondent submitted a status report indicating that a petition for writ of habeas corpus had been filed in the California Supreme Court on October 23, 2007. On July 14, 2008, petitioner filed a notice indicating that the California Supreme Court denied habeas relief on May 31, 2008. The DNA claim is now exhausted. On July 17, 2008, the court lifted the stay and directed the Clerk of the Court to re-open this case.

       Petitioner was required to file a motion for leave to amend the current petition to

include the newly exhausted DNA claim and directed to submit with that motion a proposed amended petition containing all his exhausted claims, including the DNA claim. Petitioner was warned that failure to comply could result in dismissal of the entire petition for lack of prosecution and failure to comply with court orders. See Local Rule 11-110. On August 28, 2008, the court granted petitioner a 60-day extension of time to comply. As of November 13, 2008, petitioner had not complied and the court issued findings and recommendations that the entire action be dismissed. In his objections filed on November 21, 2008, petitioner states that he mistakenly believed he had been granted a 90-day extension of time and that the deadline had not yet passed. He also states that he is in the process of preparing a "motion letting the court know petitioner doesn't know how to argue the newly exhausted DNA argument and that he wants the court to rule on his original habeas corpus writ."

Good cause appearing therefor, the November 13, 2008, findings and recommendations will be vacated and petitioner will be granted an extension of time to file either a motion to amend with a proposed amended petition, or a notice that he intends to stand on original petition which does not contain any of the newly exhausted claims.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 13, 2008, are vacated;

2. Within 30 days of the date of this order, petitioner shall file either a motion for leave to amend with a proposed amended petition containing all exhausted claims, or a notice that he intends to stand on the original petition.

DATED: December 2, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE